DEAR Court

THE REASON I'm WRITING

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

23,119-02

RE WR-23,119-02

I SENT THE district Court the white Card showing the Court that YAll DENIED my 11.07 HOWEVER THE Court is SAYing THEY NEVER got them, AND ARE REQUIRING ME to show THE Court that I EXAUTED my State Court Remdies.

So I pray the Court will SEND ME A Copy of the ORDER DENING Without WRITTEN ORDER Case # WR-23-119-02

William Brown

DEAR Court

ON 4-24-14 I SENT A NEW 11.07 to TRIAL COURT 109th IN ANDREW's TEXAS. BECAUSE of NEW INformation that I didnt HAVE Aclsess TO At last filing. Also ON the Grands James Rex the DA who procuted this Case Should HAVE Ruesed him self Since He is Now the Judge.

I SENT the 11.07 First class MAIL ON 4-24-14, However I havnt HEARD from the TRIAL COURT AS Required by law.

Did they FORWARD it to YAll? NO ONE HAVE Told me Any thing. please let me Know (ASAP)

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

23,119-02

William B